CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 15 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROSSER LEE BROWN,<br>Petitioner, | Civil Action No. 7:05-cv-00613 |
| v. | **FINAL ORDER** |
| DIRECTOR, VIRGINIA DEPT.<br>OF CORRECTIONS,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 12th day of May, 2006.

/s/ James C. Turk
Senior United States District Judge